# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KHANH PHAN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD W. WYATT DETENTION FACILITY, <br><br> Defendant. | Civil Action No. <br> 17-10706-FDS |

# ORDER

**SAYLOR, J.**

In an order dated December 5, 2017 (ECF No. 5), the Court ordered plaintiff Khanh Phan, who is proceeding *pro se*, either to show cause why this action should not be dismissed or to file an amended complaint. The Court held that Phan's complaint failed to state a claim upon which relief could be granted because it did not meet the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure and the defendant is not a suable entity. The Court warned Phan that failure to comply with the order within 35 days could result in dismissal of this action.

The deadline for complying with the Court's December 5, 2017 order has passed without any response from Phan.

Accordingly, this action is dismissed for the reasons set forth in the December 5, 2017 order and for failure to comply therewith.

**So ordered.**

Dated: 1/22/2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge